ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KAINOS PARTNERS HOLDING COMPANY LLC, et al.[1], | Case No. 09-12292 (BLS) (Jointly Administered) |
| Debtors. | Hearing Date: N/A<br>Objection Deadline: N/A |

## ORDER GRANTING DEBTORS' MOTION PURSUANT TO DEL.BANKR.L.R. 9006-1(e) FOR AN ORDER SHORTENING NOTICE TO CONSIDER CERTAIN RELIEF REQUESTED IN THE DEBTORS' MOTION FOR AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS, (II) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES, (III) APPROVING THE FORM OF ASSET PURCHASE AGREEMENT, (IV) APPROVING AND AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS TO THE HIGHEST AND BEST BIDDER FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS AND ENCUMBRANCES PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE, (V) WAIVING THE REQUIREMENTS OF FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(g) AND 6006(d), (VI) SETTING AUCTION AND HEARING DATES; AND (VII) GRANTING RELATED RELIEF

---

[1] The Debtors in these cases, along with the last four digits of their respective federal tax identification numbers, are as follows: Kainos Partners Holding Company LLC (2522), Kainos Partners Buffalo RE Holdings LLC (4572), Kainos Partners Greenville SC-RE Holdings LLC (1049), Kainos Partners Las Vegas RE Holdings LLC (4953), Kainos Vineyard Drive RE LLC (4572), Kainos Highway 29 RE LLC (4368), Kainos 1996 East Main RE LLC (4323), Kainos Wade Hampton RE LLC (0258), Kainos Clinton CML RE LLC (3046), Kainos Wilson Road RE LLC (4582), Kainos Partners Columbia SC LLC (0839), Kainos Partners Houston LLC (2322), Kainos Partners Las Vegas LLC (2311), Kainos Partners Las Vegas LLC Operating Series #1 (2311), Kainos Partners Las Vegas LLC Operating Series #2 (2311), Kainos Partners Las Vegas LLC Operating Series #3 (2311), Kainos Partners Las Vegas LLC Operating Series #4 (2311), Kainos Partners Las Vegas LLC Operating Series #5 (2311), Kainos Partners Las Vegas LLC Operating Series #6 (2311), Kainos Partners Las Vegas LLC Operating Series #8 (2311), Kainos Partners Las Vegas LLC Operating Series #10 (2311), Kainos Partners Las Vegas LLC Operating Series #11 (2311), Kainos Partners Las Vegas LLC Operating Series #13 (2311), Kainos Partners Las Vegas LLC Operating Series #14 (2311), Kainos Partners Las Vegas LLC Operating Series #15 (2311), Kainos Partners Las Vegas LLC Operating Series #18 (2311), Kainos Partners Las Vegas LLC Operating Series #20 (2311), Kainos Partners Las Vegas LLC Operating Series #21 (2311), Kainos Partners Las Vegas LLC Operating Series #24 (2311), Kainos Partners Las Vegas LLC Operating Series #25 (2311), Kainos Partners Las Vegas LLC Operating Series #28 (2311), Kainos Partners Las Vegas LLC Operating Series #34 (2311), Kainos Partners LLC (4132), Kainos Partners South Carolina LLC (2847), Kainos Walden-Transit LLC (8183), Kainos Camp-Southwestern LLC (1665), Kainos Main Street Jimtown LLC (2390), Kainos Fairmount LLC (3145), Kainos Crosspoints LLC (5065), Kainos Main-Bailey LLC (2673), Kainos Boulevard Mall LLC (5711), Kainos Union Rd LLC (5397), Kainos Flix-Transit LLC (6538), Kainos Walden LLC (6538), Kainos NF Maple Road LLC (8345), Kainos Union Road Cheektowaga LLC (9508), Kainos Broadway Retail LLC (5605), Kainos Main-Chippewa LLC (3003), Kainos Transit-Genesee LLC (5497), Kainos Broadway CML LLC (5544), Kainos Eggert Road LLC (0880), Kainos Delaware-Hertel LLC (6137), Kainos Vineyard Drive LLC (5721), Kainos Boston State Road LLC (0995), Kainos Walmart LLC (4344), Kainos Tiger Boulevard LLC (8580), Kainos East Main Street LLC (7907), Kainos East Greer Street LLC (4666), Kainos Fairview Road LLC (4557), Kainos Main & Coffee LLC (4231), Kainos Highway 29 LLC (4679), Kainos 1996 East Main LLC (4618), Kainos East Greenville Street LLC (0171), Kainos Boiling Springs LLC (1260), Kainos West Butler LLC (0160), Kainos Main Street Simpsonville LLC (4281), Kainos North Main Street LLC (0885), Kainos 1131 West Wade Hampton Blvd LLC (6055), Kainos 2903 N. Pleasantburg Dr. LLC I6132), Kainos 520 N. US Highway 25 LLC (6429), Kainos 7252 Moorefield Memorial Hwy. LLC (6376), Kainos Woodruff Road LLC (1085), Kainos 411 The Parkway LLC (6203), Kainos 1551 Laurens Rd. LLC (6330), Kainos 6055 White Horse Rd. LLC (6479), Kainos Calhoun Memorial LLC (6264), Kainos South Pine LLC (0164), Kainos Wade Hampton LLC (0993), Kainos WM Central LLC (1210), Kainos Farrow Road LLC (5453), Kainos Main Street Columbia LLC (5500), Kainos 378 & Sunset LLC (1138), Kainos South Lake Drive LLC (4435), Kainos Clemson Road LLC (0253), Kainos Wilson Road ITC (4465), Kainos Ann & Simmons LLC (4868), Kainos Boulder & Racetrack LLC (5070), Kainos Craig & Jones LLC (5145), Kainos Silverado & Bermuda LLC (4948), Kainos Clinton CML (5727), Kainos Lake Mead & Simmons LLC (2311). The mailing address for Kainos is 26 Parkway Commons Drive, Greer, SC 29650.

Kainos Partners Holding Company LLC ("Kainos" and together with its affiliated Debtors, the "Debtors") having moved for an order shortening notice (the "Motion to Shorten Notice") pursuant to Del.Bankr.L.R. 9006-1(e) with respect to the Bid Procedures[2] in the Debtors' Motion for an Order (i) Approving Bidding Procedures for the Sale of Substantially all of their Assets, (ii) Approving the form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Leases, (iii) approving the form of asset purchase agreement, (iv) approving and authorizing the sale of substantially all of the Debtors' assets to the highest and best bidder free and clear of all liens, interests, claims and encumbrances pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, (v) waiving the requirements of Bankruptcy Rules 6004(g) and 6006(d), (vi) setting auction and hearing dates; and (vii) granting related relief (the "Underlying Motion"); and it appearing that sufficient cause exists for the relief granted herein, it is hereby

ORDERED as follows:

1. The Motion to Shorten Notice is granted.

2. A hearing to consider the Underlying Motion's request to establish Bid Procedures shall be held on March 1, 2010 at 1:30 p.m. (Eastern).

3. Written objections to the Bid Procedures set forth in the Underlying Motion, if any, must be presented at the Hearing on March 1, 2010 at 1:30 p.m. (Eastern).

4. The Debtors shall promptly serve a copy of this Order upon parties entitled to receive notice of the Underlying Motion.

Date: Febraury 25, 2010
Wilmington, Delaware

---

[2] To the extent not defined herein, capitalized terms shall have the meaning ascribed to them in the Motion to Shorten Notice.

_____
Brendan L. Shannon
U.S. Bankruptcy Judge

US_ACTIVE-103244251.1