# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAINOS PARTNERS HOLDING<br>COMPANY LLC, et al.[1,]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12292 (BLS)<br>(Jointly Administered) |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 31, 2010 AT 9:00 A.M. (EASTERN)[3]

### CONTESTED MATTERS GOING FORWARD:

1. Debtors' Motion Pursuant to 11 U.S.C. § 365 for an order Authorizing the Assumption of Unexpired Leases of Nonresidential Real Property (Docket No. 431; Filed on January 29, 2010)

---

[1] The Kainos entities, along with the last four digits of their respective federal tax identification numbers, are as follows: Kainos Partners Holding Company LLC (2522), Kainos Partners Buffalo RE Holdings LLC (4572), Kainos Partners Greenville SC-RE Holdings LLC (1049), Kainos Partners Las Vegas RE Holdings LLC (4953), Kainos Vineyard Drive RE LLC (4572), Kainos Highway 29 RE LLC (4368), Kainos 1996 East Main RE LLC (4323), Kainos Wade Hampton RE LLC (0258), Kainos Clinton CML RE LLC (3046), Kainos Wilson Road RE LLC (4582), Kainos Partners Columbia SC LLC (0839), Kainos Partners Houston LLC (2322), Kainos Partners Las Vegas LLC (2311), Kainos Partners Las Vegas LLC Operating Series #1 (2311), Kainos Partners Las Vegas LLC Operating Series #2 (2311), Kainos Partners Las Vegas LLC Operating Series #3 (2311), Kainos Partners Las Vegas LLC Operating Series #4 (2311), Kainos Partners Las Vegas LLC Operating Series #5 (2311), Kainos Partners Las Vegas LLC Operating Series #6 (2311), Kainos Partners Las Vegas LLC Operating Series #8 (2311), Kainos Partners Las Vegas LLC Operating Series #10 (2311), Kainos Partners Las Vegas LLC Operating Series #11 (2311), Kainos Partners Las Vegas LLC Operating Series #13 (2311), Kainos Partners Las Vegas LLC Operating Series #14 (2311), Kainos Partners Las Vegas LLC Operating Series #15 (2311), Kainos Partners Las Vegas LLC Operating Series #18 (2311), Kainos Partners Las Vegas LLC Operating Series #20 (2311), Kainos Partners Las Vegas LLC Operating Series #21 (2311), Kainos Partners Las Vegas LLC Operating Series #24 (2311), Kainos Partners Las Vegas LLC Operating Series #25 (2311), Kainos Partners Las Vegas LLC Operating Series #28 (2311), Kainos Partners Las Vegas LLC Operating Series #34 (2311), Kainos Partners LLC (4132), Kainos Partners South Carolina LLC (2847), Kainos Walden-Transit LLC (8183), Kainos Camp-Southwestern LLC (1665), Kainos Main Street Jimtown LLC (2390), Kainos Fairmount LLC (3145), Kainos Crosspoints LLC (5065), Kainos Main-Bailey LLC (2673), Kainos Boulevard Mall LLC (5711), Kainos Union Rd LLC (5397), Kainos Flix-Transit LLC (6538), Kainos Walden LLC (6538), Kainos NF Maple Road LLC (8345), Kainos Union Road Cheektowaga LLC (9508), Kainos Broadway Retail LLC (5605), Kainos Main-Chippewa LLC (3003), Kainos Transit-Genesee LLC (5497), Kainos Broadway CML LLC (5544), Kainos Eggert Road LLC (0880), Kainos Delaware-Hertel LLC (6137), Kainos Vineyard Drive LLC (5721), Kainos Boston State Road LLC (0995), Kainos Walmart LLC (4344), Kainos Tiger Boulevard LLC (8580), Kainos East Main Street LLC (7907), Kainos East Greer Street LLC (4666), Kainos Fairview Road LLC (4557), Kainos Main & Coffee LLC (4231), Kainos Highway 29 LLC (4679), Kainos 1996 East Main LLC (4618), Kainos East Greenville Street LLC (017l), Kainos Boiling Springs LLC (1260), Kainos West Butler LLC (0160), Kainos Main Street Simpsonville LLC (4281), Kainos North Main Street LLC (0885), Kainos 1131 West Wade Hampton Blvd LLC (6055), Kainos 2903 N. Pleasantburg Dr. LLC I6132), Kainos 520 N. US Highway 25 LLC (6429), Kainos 7252 Moorefield Memorial Hwy. LLC (6376), Kainos Woodruff Road LLC (1085), Kainos 411 The Parkway LLC (6203), Kainos 1551 Laurens Rd. LLC (6330), Kainos 6055 White Horse Rd. LLC (6479), Kainos Calhoun Memorial LLC (6264), Kainos South Pine LLC (0164), Kainos Wade Hampton LLC (0993), Kainos WM Central LLC (1210), Kainos Farrow Road LLC (5453), Kainos Main Street Columbia LLC (5500), Kainos 378 & Sunset LLC (1138), Kainos South Lake Drive LLC (4435), Kainos Clemson Road LLC (0253), Kainos Wilson Road ITC (4465), Kainos Ann & Simmons LLC (4868), Kainos Boulder & Racetrack LLC (5070), Kainos Craig & Jones LLC (5145), Kainos Silverado & Bermuda LLC (4948), Kainos Clinton CML (5727), Kainos Lake Mead & Simmons LLC (2311). The mailing address for Kainos is 26 Parkway Commons Drive, Greer, SC 29650.

[2] **The hearing date and time was incorrect.**

[3] Any party who wishes to appear telephonically at the hearing must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing. Thereafter, Chambers must be contacted regarding any late requests for telephonic appearance.

Related Documents:

a. Notice of Limited Withdrawal of Debtors' Motion Pursuant to 11 U.S.C. § 365 for an order Authorizing the Assumption of Unexpired Leases of Nonresidential Real Property (Docket No. 477; Filed on March 3, 2010)

b. Order Pursuant to 11 U.S.C. § 365 Approving the Assumption of Unexpired Leases of Nonresidential Real Property and Granting Related Relief (Docket No. 503; Filed on March 11, 2010)

Responses Received:

c. Limited Objection of 5073 Camp LLC, to Debtors' Motion Pursuant to 11 U.S.C. § 365 for an order Authorizing the Assumption of Unexpired Leases of Nonresidential Real Property (Docket No. 448; Filed on February 22, 2010)

d. Limited Objection of GGP Limited Partnership, to Debtors' Motion Pursuant to 11 U.S.C. § 365 for an order Authorizing the Assumption of Unexpired Leases of Nonresidential Real Property (Docket No. 449; Filed on February 22, 2010)

Response Deadline: February 22, 2010, 2009 at 4:00 p.m. (Eastern); Extended to February 25, 2010 at 9:00 a.m. (Eastern) for the Official Committee of Unsecured Creditors; Extended to February 26, 2010 for Pyramid Walden Company, L.P.

Status: This matter is going forward.

2. Debtors' Motion for an Order (i) Approving Bidding Procedures for the Sale of Substantially All of Their Assets, (ii) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Leases, (iii) Approving Assignment of Executory Contracts and Leases, (iii) Approving the Form of Asset Purchase Agreement, (iv) Approving and Authorizing Sale of Substantially All of the Debtors' Assets to the Highest and Best Bidder(s) Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to Sections 105, 363, and 365 of the Bankruptcy code, (v) Waiving the Requirements of Federal Rules of Bankruptcy Procedure 6004(g) and 6006(d), (vi) Setting Auction and Hearing Dates; and (vii) Granting Related Relief (Docket No. 455; Filed on February 24, 2010)

Related Documents:

a. Order Granting Debtors' Motion Pursuant to Del.Bankr.L.R. 9006-1(e) for an Order Shortening Notice to Consider Certain Relief Requested in the Debtors' Motion for an Order (i) Approving Bidding Procedures for the Sale of Substantially All of Their Assets, (ii) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Leases,

(iii) Approving Assignment of Executory Contracts and Leases, (iii) Approving the Form of Asset Purchase Agreement, (iv) Approving and Authorizing Sale of Substantially all of the Debtors' Assets to the Highest and Best Bidder(s) Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to Sections 105, 363, and 365 of the Bankruptcy code, (v) Waiving the Requirements of Federal Rules of Bankruptcy Procedure 6004(g) and 6006(d), (vi) Setting Auction and Hearing Dates; and (vii) Granting Related Relief (Docket No. 461; Filed on February 26, 2010)

    b.    Order Approving Bidding Procedures in Connection with Proposed Sale of Stores and Related Assets (Docket No. 482; Filed on March 4, 2010)

Responses Received:

    c.    Objection of the Untied States Trustee to (i) the Debtors' Motion for an Order Approving and Authorizing Sale of Substantially all of the Debtors' Assets to the Highest and best Bidder(s) Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to Sections 105, 363 and 365 of The Bankruptcy Code and (ii) the Joint Motion of The Official Committee of Unsecured Creditors and the Debtors Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order Approving Global Settlement Between and Among The Official Committee of Unsecured Creditors, the Debtors, Dunkin' Brands, Inc., Dunkin' Donuts Franchising LLC, DBI Stores LLC, Dunkin' Donuts Franchised Restaurants, LLC, CIT Group/Equipment Financing, Inc., Kainos Investment Partners I, LLC, Kainos Investment Partners II, LLC, and PCEP II KPHC Holdings, Inc. (Docket No. 521; Filed on March 26, 2010)

Response Deadline:  Bid Procedures: March 1, 2010 at 1:30 p.m.
                           Assumption/Assignment: March 26, 2010 at 12:00 p.m.
                           Sale Deadline: March 26, 2010 at 2010 at 12:00 p.m.

Status: This matter is going forward.

3.    Joint Motion of The Official Committee of Unsecured Creditors and the Debtors Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order Approving Global Settlement Between and Among The Official Committee of Unsecured Creditors, the Debtors, Dunkin' Brands, Inc., Dunkin' Donuts Franchising LLC, DBI Stores LLC, Dunkin' Donuts Franchised Restaurants, LLC, CIT Group/Equipment Financing, Inc., Kainos Investment Partners I, LLC, Kainos Investment Partners II, LLC, and PCEP II KPHC Holdings, Inc. (Docket No. 516; Filed on March 24, 2010)

Related Documents:

    a.    Motion to Shorten Notice of the Joint Motion of The Official Committee of Unsecured Creditors and the Debtors Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order Approving Global Settlement

Between and Among The Official Committee of Unsecured Creditors, the Debtors, Dunkin' Brands, Inc., Dunkin' Donuts Franchising LLC, DBI Stores LLC, Dunkin' Donuts Franchised Restaurants, LLC, CIT Group/Equipment Financing, Inc., Kainos Investment Partners I, LLC, Kainos Investment Partners II, LLC, and PCEP II KPHC Holdings, Inc. (Docket No. 517; Filed on March 24, 2010)

Responses Received:

b.  Objection of the Untied States Trustee to (i) the Debtors' Motion for an Order Approving and Authorizing Sale of Substantially all of the Debtors' Assets to the Highest and best Bidder(s) Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to Sections 105, 363 and 365 of The Bankruptcy Code and (ii) the Joint Motion of The Official Committee of Unsecured Creditors and the Debtors Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order Approving Global Settlement Between and Among The Official Committee of Unsecured Creditors, the Debtors, Dunkin' Brands, Inc., Dunkin' Donuts Franchising LLC, DBI Stores LLC, Dunkin' Donuts Franchised Restaurants, LLC, CIT Group/Equipment Financing, Inc., Kainos Investment Partners I, LLC, Kainos Investment Partners II, LLC, and PCEP II KPHC Holdings, Inc. (Docket No. 521; Filed on March 26, 2010)

Response Deadline: March 30, 2010 at NOON (Eastern)

Status: This matter is going forward.

**MATTERS GOING FORWARD:**

4.  Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 364 and 507: (1) Approving Postpetition Financing; (2) Providing Superpriority Expense Status; and (3) Scheduling a Final Hearing (Docket No. 457 Filed on February 24, 2010)

    Related Documents:

    a.  Order Granting Debtors' Motion Pursuant to Del.Bankr.L.R. 9006-1(e) for an Order Shortening Notice to Consider Certain Relief Requested in the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 364 and 507: (1) Approving Postpetition Financing; (2) Providing Superpriority Expense Status; and (3) Scheduling a Final Hearing(Docket No. 460 Filed on February 25, 2010)

    b.  Interim Order Pursuant to 11 U.S.C. §§ 105, 364, and 507 (1) Approving Postpetition Financing; (2) Providing Superpriority Expense Status; and (3) Scheduling a Final Hearing (Docket No. 475; Filed on March 2, 2010)

c. Amended Interim Order Pursuant to 11 U.S.C. §§ 105, 364, and 507 (1) Approving Postpetition Financing; (2) Providing Superpriority Expense Status; and (3) Scheduling a Final Hearing (Docket No. 481; Filed on March 4, 2010)

d. Notice of Filing of Final Order Pursuant to 11 U.S.C. §§ 105, 364, and 507 (1) Approving Postpetition Financing; (2) Providing Superpriority Expense Status; and (3) Scheduling a Final Hearing (Docket No. 519; Filed on March 25, 2010)

Responses Received: None to date.

Response Deadline: March 26, 2010 at 12:00 p.m.

Status: This matter is going forward.

DATED: March 29, 2010
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/Kathleen A. Murphy
Mark W. Eckard (No. 4542)
Kathleen A. Murphy (No. 5215)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: meckard@reedsmith.com
kmurphy@reedsmith.com

and

J. Andrew Rahl, Jr.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: arahl@reedsmith.com

Counsel for Kainos Partners Holding Company LLC, *et al.*, Debtors and Debtors-in-Possession