**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KAINOS PARTNERS HOLDING COMPANY LLC, et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12292 (BLS)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 455, 461, 482 & 521** |

**CERTIFICATION OF COUNSEL REGARDING ORDER REGARDING DEBTORS' MOTION FOR AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS, (II) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES, (III) APPROVING THE FORM OF ASSET PURCHASE AGREEMENT, (IV) APPROVING AND AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS TO THE HIGHEST AND BEST BIDDER(S) FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS AND ENCUMBRANCES PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE, (V) WAIVING THE REQUIREMENTS OF FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(g) AND 6006(d), (VI) SETTING AUCTION AND HEARING DATES; AND (VII) GRANTING RELATED RELIEF**

I, Kathleen A. Murphy, certify as follows:

---

[1] The Kainos entities, along with the last four digits of their respective federal tax identification numbers, are as follows: Kainos Partners Holding Company LLC (2522), Kainos Partners Buffalo RE Holdings LLC (4572), Kainos Partners Greenville SC-RE Holdings LLC (1049), Kainos Partners Las Vegas RE Holdings LLC (4953), Kainos Vineyard Drive RE LLC (4572), Kainos Highway 29 RE LLC (4368), Kainos 1996 East Main RE LLC (4323), Kainos Wade Hampton RE LLC (0258), Kainos Clinton CML RE LLC (3046), Kainos Wilson Road RE LLC (4582), Kainos Partners Columbia SC LLC (0839), Kainos Partners Houston LLC (2322), Kainos Partners Las Vegas LLC (2311), Kainos Partners Las Vegas LLC Operating Series #1 (2311), Kainos Partners Las Vegas LLC Operating Series #2 (2311), Kainos Partners Las Vegas LLC Operating Series #3 (2311), Kainos Partners Las Vegas LLC Operating Series #4 (2311), Kainos Partners Las Vegas LLC Operating Series #5 (2311), Kainos Partners Las Vegas LLC Operating Series #6 (2311), Kainos Partners Las Vegas LLC Operating Series #8 (2311), Kainos Partners Las Vegas LLC Operating Series #10 (2311), Kainos Partners Las Vegas LLC Operating Series #11 (2311), Kainos Partners Las Vegas LLC Operating Series #13 (2311), Kainos Partners Las Vegas LLC Operating Series #14 (2311), Kainos Partners Las Vegas LLC Operating Series #15 (2311), Kainos Partners Las Vegas LLC Operating Series #18 (2311), Kainos Partners Las Vegas LLC Operating Series #20 (2311), Kainos Partners Las Vegas LLC Operating Series #21 (2311), Kainos Partners Las Vegas LLC Operating Series #24 (2311), Kainos Partners Las Vegas LLC Operating Series #25 (2311), Kainos Partners Las Vegas LLC Operating Series #28 (2311), Kainos Partners Las Vegas LLC Operating Series #34 (2311), Kainos Partners LLC (4132), Kainos Partners South Carolina LLC (2847), Kainos Walden-Transit LLC (8183), Kainos Camp-Southwestern LLC (1665), Kainos Main Street Jimtown LLC (2390), Kainos Fairmount LLC (3145), Kainos Crosspoints LLC (5065), Kainos Main-Bailey LLC (2673), Kainos Boulevard Mall LLC (5711), Kainos Union Rd LLC (5397), Kainos Flix-Transit LLC (6538), Kainos Walden LLC (6538), Kainos NF Maple Road LLC (8345), Kainos Union Road Cheektowaga LLC (9508), Kainos Broadway Retail LLC (5605), Kainos Main-Chippewa LLC (3003), Kainos Transit-Genesee LLC (5497), Kainos Broadway CML LLC (5544), Kainos Eggert Road LLC (0880), Kainos Delaware-Hertel LLC (6137), Kainos Vineyard Drive LLC (5721), Kainos Boston State Road LLC (0995), Kainos Walmart LLC (4344), Kainos Tiger Boulevard LLC (8580), Kainos East Main Street LLC (7907), Kainos East Greer Street LLC (4666), Kainos Fairview Road LLC (4557), Kainos Main & Coffee LLC (4231), Kainos Highway 29 LLC (4679), Kainos 1996 East Main LLC (4618), Kainos East Greenville Street LLC (017l), Kainos Boiling Springs LLC (1260), Kainos West Butler LLC (0160), Kainos Main Street Simpsonville LLC (4281), Kainos North Main Street LLC (0885), Kainos 1131 West Wade Hampton Blvd LLC (6055), Kainos 2903 N. Pleasantburg Dr. LLC I6132), Kainos 520 N. US Highway 25 LLC (6429), Kainos 7252 Moorefield Memorial Hwy. LLC (6376), Kainos Woodruff Road LLC (1085), Kainos 411 The Parkway LLC (6203), Kainos 1551 Laurens Rd. LLC (6330), Kainos 6055 White Horse Rd. LLC (6479), Kainos Calhoun Memorial LLC (6264), Kainos South Pine LLC (0164), Kainos Wade Hampton LLC (0993), Kainos WM Central LLC (1210), Kainos Farrow Road LLC (5453), Kainos Main Street Columbia LLC (5500), Kainos 378 & Sunset LLC (1138), Kainos South Lake Drive LLC (4435), Kainos Clemson Road LLC (0253), Kainos Wilson Road ITC (4465), Kainos Ann & Simmons LLC (4868), Kainos Boulder & Racetrack LLC (5070), Kainos Craig & Jones LLC (5145), Kainos Silverado & Bermuda LLC (4948), Kainos Clinton CML (5727), Kainos Lake Mead & Simmons LLC (2311). The mailing address for Kainos is 26 Parkway Commons Drive, Greer, SC 29650.

1. On February 24, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion for an Order (i) Approving Bidding Procedures for the Sale of Substantially all of Their Assets, (ii) Approving the Form and Manner of Notice of the Sale and Asummption and Assignment of Executory Contract and Leases, (iii) Approving the Form of Asset Purchase Agreement, (iv) approving and authorizing sale of substantially all of the debtors' assets to the highest and best bidder(s) free and clear of all liens, interests, claims and encumbrances pursuant to sections 105, 363, and 365 of the bankruptcy code, (v) waiving the requirements of federal rules of bankruptcy procedure 6004(g) and 6006(d), (vi) Setting Auction and Hearing Dates; and (vii) granting related relief (the "Sale Motion"; D.I. 455).

2. On February 26, 2010, the Court entered the Order Granting Debtors' Motion Pursuant to Del.Bankr.L.R. 9006-1(e) for an Order Shortening Notice to Consider Certain Relief Requested in the Debtors' Motion for an Order (i) Approving Bidding Procedures for the Sale of Substantially all of Their Assets, (ii) Approving the Form and Manner of Notice of the Sale and Asummption and Assignment of Executory Contract and Leases, (iii) Approving the Form of Asset Purchase Agreement, (iv) approving and authorizing sale of substantially all of the debtors' assets to the highest and best bidder(s) free and clear of all liens, interests, claims and encumbrances pursuant to sections 105, 363, and 365 of the bankruptcy code, (v) waiving the requirements of federal rules of bankruptcy procedure 6004(g) and 6006(d), (vi) Setting Auction and Hearing Dates; and (vii) granting related relief (the "Order Shortening Notice"; D.I. 461).

3. On March 4, 2010, the Court entered the Order Approving Bidding Procedures in Connection with Proposed Sale of Stores and Related Assets (the "Bid Procedures Order"; Docket No. 482).

4. On March 26, 2010, the United States Trustee filed the Objection of the Untied States Trustee to (i) the Debtors' Motion for an Order Approving and Authorizing Sale of

Substantially all of the Debtors' Assets to the Highest and best Bidder(s) Free and Clear of all Liens, Interests, Claims and Encumbrances Pursuant to Sections 105, 363 and 365 of The Bankruptcy Code and (ii) the Joint Motion of The Official Committee of Unsecured Creditors and the Debtors Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order Approving Global Settlement Between and Among The Official Committee of Unsecured Creditors, the Debtors, Dunkin' Brands, Inc., Dunkin' Donuts Franchising LLC, DBI Stores LLC, Dunkin' Donuts Franchised Restaurants, LLC, CIT Group/Equipment Financing, Inc., Kainos Investment Partners I, LLC, Kainos Investment Partners II, LLC, and PCEP II KPHC Holdings, Inc. ( the "UST Objection"; Docket No. 521).

5. An auction occurred on March 30, 2010 at Reed Smith's New York Office (the "Auction"). At the Auction, Dunkin' Brands was the successful bidder for the Debtors' Las Vegas and New York locations and TBG Food Acquisition Corp. was the successful bidder for the Debtors' South Carolina locations.

6. On March 31, 2010, this Court held a hearing on the Sale Motion and overruled the UST Objection.

7. Due to the outcome of the Auction, certain revisions were made to the proposed form of order attached to the Sale Motion to reflect the purchases of Dunkin' Brands and TBG Food Acquisition Corp.

8. Based on the foregoing, Debtors respectfully request that the proposed orders substantially in the form as attached hereto "Exhibit A" (the Dunkin' Brands Order) and "Exhibit B" (the TBG Food Acquisition Corp. Order) be entered at the earliest convenience of the Court.

9. A blackline of the revisions are attached hereto as "Exhibits C and D."

I certify under penalty of perjury that the foregoing is true and correct.




DATED: March 31, 2010
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/Kathleen A. Murphy
Mark W. Eckard (No. 4542)
Kathleen A. Murphy (No. 5215)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: meckard@reedsmith.com
kmurphy@reedsmith.com

and

J. Andrew Rahl, Jr., Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: arahl@reedsmith.com

Counsel for Kainos Partners Holding Company LLC, *et al.*, Debtors and Debtors-in-Possession