## Schedule A

### Permitted Liens

| PC# | Address | City | ST | Claimant/Creditor | Date Entered | Case or Court # | Lien Amount |
|---|---|---|---|---|---|---|---|
| 346516 | 1068 Tiger Boulevard | Clemson | SC | Hilton Displays, Inc. | 4/20/09 | | $3,763.50 |
| 345679 | 1827 E. Greenville St. | Anderson | SC | Progressive Builders, Inc. | 5/12/09 | 2009-CP-04-01951 | $214,749.00 |

## Schedule B

**Assumed Real Property Leases**

| Lessor | Lessee | Location | Territory | PC # | Term Begin | Term End | Amendments |
|---|---|---|---|---|---|---|---|
| Woodruff Road, LLP | Kainos Woodruff Road, LLC | 1779 Woodruff Rd. Greenville, SC 29607 | South Carolina | 330220 | 9/24/2006 | 5 Years | 9/24/2006 |
| Dunkin Brands | Kainos Wade Hampton, LLC | 2423 Wade Hampton Blvd. Greenville, SC 29615 | South Carolina | 302065 | 8/10/2007 | 20 Years | |
| 123 Investment Partners, LLC | Kainos Calhoun Memorial, LLC | 5308 Calhoun Memorial Hwy. Easley, SC 29640 | South Carolina | 345551 | 10/10/2007 | 10 Years | |
| Spinks Investments | Kainos 520 N. US Highway 25, LLC | 520 N. Highway 25 Travelers Rest, SC 29690 | South Carolina | 345195 | 5/10/2007 | 5 Years | |
| Yeargin Limited Partnership | Kainos 411 The Parkway, LLC | 101 The Parkway Greenville, SC 29615 | South Carolina | 345207 | 3/15/2007 | 20 Years | |
| Dunkin Brands | Kainos North Main Street, LLC | 2907 N. Main St. Anderson, SC 29621 | South Carolina | 302066 | 8/27/1999 | 12 Years | |
| Contis, John | Kainos 1551 Laurens Rd., LLC | 1551 Laurens Road Greenville, SC 29607 | South Carolina | 345194 | 4/1/2007 | 10 Years | |
| DNB Group, Inc. | Kainos Tiger Boulevard, LLC | 1068 Tiger Blvd. Clemson, SC 29631 | South Carolina | 346516 | January 2008 | 15 Years | |
| The Spinx Company | Kainos East Main Street, LLC | 1520 E. Main St. Duncan, SC 29334 | South Carolina | 346640 | 3/3/2008 | 5 Years | |
| The Spinx Company | Kainos Fairview Road, LLC | 697 Fairview Rd. Simpsonville, SC 29680 | South Carolina | 346538 | 3/3/2008 | 5 Years | |
| Dunkin Brands | Kainos WM Central, LLC | 1286 Eighteen Mile Rd. Central, SC 29630 | South Carolina | 347339 | 9/29/2008 | 10 Years | |

| Lessor | Lessee | Location | Territory | PC # | Term Begin | Term End | Amendments |
|---|---|---|---|---|---|---|---|
| Schriver Properties, LLC | Kainos East Greenville Street, LLC | 1807 E. Greenville St. Anderson, SC 29621 | South Carolina | 345679 | 2/19/2008 | 10 Years | |
| Enigma Corporation | Kainos Partners South Carolina, LLC | 2903 North Pleasantburg Drive, Greenville, SC | South Carolina | 345196 | 5/15/2007 | 5 years | |

**Assumed Equipment Lease**

Unit # 530763 2007 16' GMC W4500 Reefer (Vehicle)

**Assumed Contracts**

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | PC # | Dated | Term | Description |
|---|---|---|---|---|---|---|---|
| | | | South Carolina | | | | Development Commitment Program Agreement |
| Citibrands, LLC | | | South Carolina | | | | Central Manufacturing Location Agreement[1] |

---

[1] Buyer is only assuming this Agreement on a month to month basis.

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | PC# | Dated | Term | Description |
|---|---|---|---|---|---|---|---|
| Dunkin' Donuts Franchising, LLC | Kainos Partners South Carolina, LLC | 8 McGann Drive, Suite 1100 Rockville Centre, NY 11570 | South Carolina | 344952 | 12/29/2006, as amended 5/14/2007 | 7 years | Store Development Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Columbia SC, LLC | 8 McGann Drive, Suite 1100 Rockville Centre, NY 11570 | South Carolina | 346426 | 12/26/2007, as amended 8/18/2008 | 7 years | Store Development Agreement |

31962239 (3).DOCX