# EXHIBIT B

**Amendment to Asset Purchase Agreement**

## Amendment to Asset Purchase Agreement

March 31, 2010

Ladies and Gentleman:

Reference is made to that certain Asset Purchase Agreement dated as of March 25, 2010, between DBI Stores LLC, a Delaware limited liability company ("Buyer") and Kainos Partners Holding Company LLC, a Delaware limited liability company and the other entities included within the defined term "Seller" party thereto (collectively, the "Seller"). Capitalized terms not otherwise defined herein have the meanings set forth in the Asset Purchase Agreement. This amendment (this "Amendment") is entered into by the Buyer and the Seller for purposes of amending the Asset Purchase Agreement.

Pursuant to Section 10.7 of the Asset Purchase Agreement, the Buyer and the Seller hereby agree as follows:

1.     Section 2.5(a) is deleted in its entirety and replaced with the following:

"From time to time after the Initial Agreement Date and through and until March 11, 2010, Buyer may by Notice to Seller: (i) remove Contracts (the "Removed Contracts") from Schedule 2.1(g); (ii) remove Equipment Leases (the "Removed Equipment Leases") from Schedule 2.1(b); and (iii) remove Property Leases from Schedule 2.1(a) (the "Removed Real Property Leases"); provided, however, that notwithstanding the foregoing, from any time after the Initial Agreement Date and through and until the day prior to the Closing Date, Buyer may by Notice to Seller remove any of the following Property Leases from Schedule 2.1(a): (A) 55 Cross Point Pkwy, Amherst, NY 14068; (B) 11710 W. Charleston Blvd, Las Vegas, NV 89135; (C) 409 E Silverado Ranch Blvd, Las Vegas, NV 89123; (D) 7400 Las Vegas Blvd S., Las Vegas, NV 89183; (E) 7430 Las Vegas Blvd, Las Vegas, NV 89123; (F) 5073 Camp Rd, Hamburg, NY 14075; and (G) 3501 Union Rd, Cheektowaga, NY 14225.

2.     Section 3.2(a) is deleted in its entirety and replaced with the following:

"The purchase price hereunder (the "Purchase Price") shall be an amount in cash equal to: (i) Three Million Four Hundred Ninety-Five Thousand Dollars ($3,495,000), plus (ii) the amount of Register Cash as of the Closing as estimated in good faith by Buyer and Seller and less (iii) the Release Adjustment. Buyer shall also pay Seller at the Closing an amount equal to the sum of (A) fifty percent (50%) of the aggregate amount of security deposits acquired by Buyer hereunder that relates to Assumed Leased Real Property assumed by Buyer at the Closing and (B) fifty percent (50%) of the Seller Cure Amounts that relate to Assumed Leased Real Property assumed by Buyer at the Closing, provided that the amount payable pursuant to this clause (B) shall not exceed the amount payable pursuant to the preceding clause (A)."

1

3.    Section 3.2(b) is deleted in its entirety and replaced with the following:

"The "Release Adjustment" shall be $1,780,631."

4.    The Schedules to the Asset Purchase Agreement are deleted in their entirety and replaced with new Schedules attached hereto as Exhibit A.

5.    Exhibit A, Exhibit B, and Exhibit C to the Asset Purchase Agreement will be modified as necessary at closing to reflect the new Schedules attached hereto as Exhibit A.

6.    With respect to the Assumed Real Property Lease for the property located at 11710 W. Charleston Blvd., Las Vegas, Nevada 89135 (Store No. 346571), Buyer shall be responsible for the benefit or the burden of all unbilled 2009 and 2010 year-end adjustments, including common area maintenance charges, insurance, and similar charges, whether accruing before or after the effective date of the assumption and assignment of said lease, when such charges become due and owing in accordance with the terms of said lease. Buyer will agree to the extent that such year-end adjustments are less than $5,000, the difference will be remitted to The CIT Group/Equipment Financing, Inc. as agent under the Debtors' debtor-in-possession financing loan.

7.    Except as amended hereby, the Asset Purchase Agreement shall remain in full force and effect.

8.    This Amendment shall be construed and interpreted, and the rights of the parties shall be determined, in accordance with the substantive laws of the state of New York, without giving effect to any provision thereof that would require the application of the substantive laws of any other jurisdiction, except to the extent that such laws are superseded by the Bankruptcy Code.

9.    This Amendment may be executed in any number of counterparts, each of which will be deemed an original, but all of which together will constitute but one and the same instrument. This Amendment will become effective when duly executed and delivered by each party hereto. Counterpart signature pages to this Amendment may be delivered by facsimile or electronic delivery (i.e., by email of a PDF signature page) and each such counterpart signature page will constitute an original for all purposes.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

IN WITNESS WHEREOF, each of the undersigned has executed this Amendment as of the date first above written.

BUYER:

DBI STORES LLC

By: _____

Name:

Title:

SELLER
(including affiliated debtors
under the Bankruptcy Case):

KAINOS PARTNERS HOLDING
COMPANY LLC

By: _____

    Name:

    Title:

KAINOS PARTNERS BUFFALO RE
HOLDINGS LLC

By: _____

    Name:

    Title:

IN WITNESS WHEREOF, each of the undersigned has executed this Amendment as of the date first above written.

BUYER:                           DBI STORES LLC

                                 By:_____
                                     Name:
                                     Title:

SELLER
(including affiliated debtors
under the Bankruptcy Case):      KAINOS PARTNERS HOLDING
                                 COMPANY LLC

                                 By: _____
                                     Name: BILL TEEO
                                     Title: Executive Vice President

                                 KAINOS PARTNERS BUFFALO RE
                                 HOLDINGS LLC

                                 By: _____
                                     Name: BILL TEEO
                                     Title: Executive Vice President

KAINOS PARTNERS GREENVILLE SC-RE
HOLDINGS LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS RE
HOLDINGS LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS VINEYARD DRIVE RE LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS HIGHWAY 29 RE LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS 1996 EAST MAIN RE LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS WADE HAMPTON RE LLC

By: _____
Name: B.LL Teed
Title: EXECUTIVE V. P.

KAINOS CLINTON CML RE LLC

By: _____
Name: B.LL Teed
Title: EXECUTIVE V. P

KAINOS WILSON ROAD RE LLC

By: _____
Name: B.LL Teed
Title: EXECUT:VE V. P

KAINOS PARTNERS COLUMBIA SC LLC

By: _____
Name: B.LL Teed
Title: EXECUT:VE V. P

KAINOS PARTNERS HOUSTON LLC

By: _____
Name: B.LL Teed
Title: EXECUTIVE V. P

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #21

By: _____
    Name: BILL TEED
    Title: EXECUTED VICE PRESIDENT


KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #24

By: _____
    Name: BILL TEED
    Title: EXECUTED VICE PRESIDENT


KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #25

By: _____
    Name: BILL TEED
    Title: EXECUTED VICE PRESIDENT


KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #28

By: _____
    Name: BILL TEED
    Title: EXECUTED VICE PRESIDENT


KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #34

By: _____
    Name: BILL TEED
    Title: EXECUTED VICE PRESIDENT

*[Signature Page to Amendment to Asset Purchase Agreement]*

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #13

By: _____
Name: BILL TEEO
Title: EXECUTED, VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #14

By: _____
Name: BILL TEEO
Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #15

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

Kainos Partners Las Vegas LLC Operating
Series #18

By: _____
Name: BILL TEEO
Title: EXECUTED, VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #20

By: _____
Name: BILL TEEO
Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #5

By: _____
   Name: BILL TEED
   Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #6

By: _____
   Name: BILL TEED
   Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #8

By: _____
   Name: BILL TEED
   Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #10

By: _____
   Name: BILL TEED
   Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #11

By: _____
   Name: BILL TEED
   Title: EXECUTIVE VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC

By: _Bulul_

    Name: BILL TEEO

    Title: EXECUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #1

By: _Bulul_

    Name: BILL TEEO

    Title: EXCUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #2

By: _Bulul_

    Name: BILL TEEO

    Title: EXCUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #3

By: _Bulul_

    Name: BILL TEEO

    Title: EXCUTED VICE PRESIDENT

KAINOS PARTNERS LAS VEGAS LLC
OPERATING SERIES #4

By: _Bulul_

    Name: BILL TEEO

    Title: EXCUTED VICE PRESIDENT

*[Signature Page to Amendment to Asset Purchase Agreement]*

KAINOS PARTNERS LLC

By: _Bulerd_
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS PARTNERS SOUTH CAROLINA
LLC

By: _Bulerd_
   Name: BILL TEEO
   Title: Executed Vice President

KAINOS WALDEN-TRANSIT LLC

By: _Bulerd_
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS CAMP-SOUTHWESTERN LLC

By: _Bulerd_
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS MAIN STREET JIMTOWN LLC

By: _Bulerd_
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS FAIRMOUNT LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS CROSSPOINTS LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS MAIN-BAILEY LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS BOULEVARD MALL LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS UNION RD LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS FLIX-TRANSIT LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS WALDEN LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS NF MAPLE ROAD LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS UNION ROAD CHEEKTOWAGA
LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS BROADWAY RETAIL LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

*[Signature Page to Amendment to Asset Purchase Agreement]*

KAINOS EAST GREER STREET LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS FAIRVIEW ROAD LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS MAIN & COFFEE LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS HIGHWAY 29 LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS 1996 EAST MAIN LLC

By: _____
Name: BILL TEEO
Title: EXECUTIVE VICE PRESIDENT

KAINOS 1131 WEST WADE HAMPTON
BLVD LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE . V. P

KAINOS 2903 N. PLEASANTBURG DR.
LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE Vice PRESIDENT

KAINOS 520 N. US HIGHWAY 25 LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE Vice PRESIDENT

KAINOS 7252 MOOREFIELD MEMORIAL
HWY. LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE Vice PRESIDENT

KAINOS WOODRUFF ROAD LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE Vice PRESIDENT

KAINOS EAST GREENVILLE STREET LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS BOILING SPRINGS LLC

By: _____
Name: BILL TEED
Title: Executed Vice President

KAINOS WEST BUTLER LLC

By: _____
Name: BILL TEED
Title: Executive Vice President

KAINOS MAIN STREET SIMPSONVILLE
LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS NORTH MAIN STREET LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS VINEYARD DRIVE LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS BOSTON STATE ROAD LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS WALMART LLC

By: _____
Name: BILL TEED
Title: EXECUTED VICE PRESIDENT

KAINOS TIGER BOULEVARD LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS EAST MAIN STREET LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS MAIN-CHIPPEWA LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS TRANSIT-GENESEE LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS BROADWAY CML LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS EGGERT ROAD LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS DELAWARE-HERTEL LLC

By: _____
Name: BILL TEED
Title: EXECUTIVE VICE PRESIDENT

KAINOS 411 THE PARKWAY LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS 1551 LAURENS RD. LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS 6055 WHITE HORSE RD. LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS CALHOUN MEMORIAL LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

KAINOS SOUTH PINE LLC

By: _____
    Name: BILL TEED
    Title: EXECUTIVE VICE PRESIDENT

*[Signature Page to Amendment to Asset Purchase Agreement]*

KAINOS SOUTH LAKE DRIVE LLC

By: _____
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS CLEMSON ROAD LLC

By: _____
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS WILSON ROAD ITC

By: _____
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS ANN & SIMMONS LLC

By: _____
   Name: BILL TEEO
   Title: Executive Vice President

KAINOS BOULDER & RACETRACK LLC

By: _____
   Name: BILL TEEO
   Title: Executive Vice President

*[Signature Page to Amendment to Asset Purchase Agreement]*

KAINOS CRAIG & JONES LLC

By: _____
Name: BILL TEED
Title: Executive Vice President

KAINOS SILVERADO & BERMUDA LLC

By: _____
Name: BILL TEED
Title: Executive Vice President

KAINOS CLINTON CML

By: _____
Name: BILL TEED
Title: Executive Vice President

KAINOS LAKE MEAD & SIMMONS LLC

By: _____
Name: BILL TEED
Title: Executive Vice President

KAINOS WADE HAMPTON LLC

By: _____
    Name: BILL TEED
    Title: Executive Vice President

KAINOS WM CENTRAL LLC

By: _____
    Name: BILL TEED
    Title: Executive Vice President

KAINOS FARROW ROAD LLC

By: _____
    Name: BILL TEED
    Title: Executive Vice President

KAINOS MAIN STREET COLUMBIA LLC

By: _____
    Name: BILL TEED
    Title: Executive Vice President

KAINOS 378 & SUNSET LLC

By: _____
    Name: BILL TEED
    Title: Executive Vice President

## Schedule A

## Updated Schedules

Attached.

# Seller's Disclosure Schedules

## To

## Asset Purchase Agreement

In connection with that certain Asset Purchase Agreement dated as of March 25, 2010, as amended, by and between Kainos Partners Holding Company LLC and its affiliated debtors as Debtor in Possession and DBI Stores LLC (the "Agreement"), the Seller hereby delivers this disclosure schedule to the Seller's representations and warranties given in the Agreement. This disclosure schedule and the information and disclosures contained herein are intended only to qualify and limit the representations, warranties and covenants of the Company contained in the Agreement, and shall not be deemed to expand in any way the scope or effect of such representations, warranties or covenants. The section numbers in this disclosure schedule correspond to the section numbers in the Agreements; *provided, however*, that any information disclosed herein under any section number shall be deemed to be disclosed and incorporated in any other section of the Agreement where such disclosure would be reasonably apparent. Disclosure of any information or document herein is not a statement or admission that it is material or required to be disclosed herein. References to any document do not purport to be complete and are qualified in their entirety by the document itself. Capitalized terms used buy not defined herein shall have the same meanings given them in the Agreement.

SCHEDULE 1.1(a)
PERMITTED LIENS

**[SEE ATTACHED]**

SCHEDULE 1.1(a)
PERMITTED LIENS

| PC# | Address | City | ST | Claimant/Creditor | Date Entered | Case or Court # | Lien Amount |
|---|---|---|---|---|---|---|---|
| 346571 | 11710 W. Charleston Blvd. | Las Vegas | NV | Tile Masters Inc./KWM Construction | 1/2/09 | 200901002-0000306 | $6,500.00 |
| 347434 | 7430 Las Vegas Blvd S. | Las Vegas | NV | Garrett Master Probuild | | | $1,090.92 |
| 345717 | 5073 Camp Road | Hamburg | NY | Kulback's Construction, Inc./Lutz Brothers, Inc. | 2/12/09 | | $64,902.00 |
| 345717 | 5073 Camp Road | Hamburg | NY | Lutz Brothers, Inc. | 5/27/09 | Notice of Mechanic Lien | see above |
| 346342 | 2930 North Main St. | Jamestown | NY | Kulback's Construction, Inc./Lutz Brothers, Inc. | 2/18/09 | | $15,961.00 |

Total: $88,453.92

- 3 -

| PC # | Location | Territory |
|---|---|---|
| 341241 | 5760 Transit Rd.<br>Depew, NY 14043 | Buffalo |
| 343113 | 55 Cross Point Pkwy.<br>Amherst, NY 14068 | Buffalo |
| 343124 | 3640 Main St.<br>Amherst, NY 14226 | Buffalo |
| 343277 | 2155 Eggert Rd.<br>Amherst, NY 14226 | Buffalo |
| 343281 | 3501 Union Rd.<br>Cheektowaga, NY 14225 | Buffalo |
| 343694 | 1145 Union Rd.<br>West Seneca, NY 14225 | Buffalo |
| 344071 | 2340 Delaware Ave.<br>Buffalo, NY 14216 | Buffalo |
| 344740 | 598 Main St.<br>Buffalo, NY 14202 | Buffalo |
| 344967 | 3929 Vineyard Dr.<br>Dunkirk, NY 14048 | Buffalo |
| 345422 | 409 E. Silverado Ranch Blvd.<br>Las Vegas, NV 89123 | Las Vegas |
| 345612 | 7400 Las Vegas Blvd.<br>S.Las Vegas, NV 89183 | Las Vegas |
| 345643 | 5861 W. Craig Rd.<br>Las Vegas, NV 89130 | Las Vegas |
| 345717 | 5073 Camp Rd.<br>Hamburg, NY 14075 | Buffalo |
| 345877 | 200 E Freemont St.<br>Las Vegas, NV 89101 | Las Vegas |
| 345928 | 6295 S. Rainbow Blvd.<br>Las Vegas, NV, 89118 | Las Vegas |
| 345933 | 6795 Tropicana Ave.<br>Las Vegas, NV 89103 | Las Vegas |
| 345952 | 7155 Grand Montecito Pkwy.<br>Las Vegas, NV 89149 | Las Vegas |
| 346342 | 2930 N Main Street Ext.<br>Jamestown, NY 14701 | Buffalo |
| 346571 | 11710 W. Charleston Blvd.<br>Las Vegas, NV 89135 | Las Vegas |
| 347434 | 7430 Las Vegas Blvd.<br>Las Vegas, NV 89123 | Las Vegas |

**[SEE ATTACHED]**

| Lessor | Lessee | Location | Territory | PC # | Lease Signing Date | Term Length | Amendments |
|---|---|---|---|---|---|---|---|
| The Uniland Partnership of Delaware L.P. | Kainos Crosspoints, LLC | 55 Cross Point Pkwy, Amherst, NY 14068 | Buffalo | 343113 | 11/30/2005 | 10 Years | |
| Amherst Bailey Associates, LLC | Kainos Partners LLC | 3640 Main St. Amherst, NY 14226 | Buffalo | 343124 | 9/19/2005 | 20 Years | |
| 3501 Union Realty | Kainos Partners LLC | 1145 Union Rd. West Seneca, NY 14225 | Buffalo | 343694 | 7/15/2006 | 10 Years | |
| 3501 Union Realty | Kainos Union Road Cheektowaga, LLC | 3501 Union Rd. Cheektowaga, NY 14225 | Buffalo | 343281 | 8/9/2006 | 20 Years | |
| 598 Main Street, LLC | Kainos Main-Chippewa, LLC | 598 Main St. Buffalo, NY 14202 | Buffalo | 344740 | 3/8/2007 | 5 Years and 1 Month | |
| Kavcon Development LLC | Kainos Eggert Road, LLC | 2155 Eggert Rd. Amherst, NY 14226 | Buffalo | 343277 | 12/19/2006 | 20 Years | 12/19/2006 |
| ACG Delaware-Hertel Associates LP | Kainos Delaware-Hertel, LLC | 2340 Delaware Ave. Buffalo, NY 14216 | Buffalo | 344071 | | | |
| 5752 Transit Road, LLC | Kainos Walden-Transit LLC | 5760 Transit Rd. Depew, NY 14043 | Buffalo | 341241 | 4/30/2007 | 20 Years | |
| 5073 Camp LLC | Kainos Camp-Southwestern, LLC | 5073 Camp Rd. Hamburg, NY 14075 | Buffalo | 345717 | 12/21/2007 | 5 Years | |
| United Refining Company of PA | Kainos Main Street Jamestown, LLC | 2930 N Main Street Ext. Jamestown, NY 14701 | Buffalo | 346342 | 2/21/2008 | 5 Years | |
| Pioneer Development Group, LLC | Kainos Partners LLC | 409 E. Silverado Ranch Blvd. Las Vegas, NV 89123 | Las Vegas | 345422 | 4/19/2007 | 11 Years | |
| Chelsea Las Vegas Holdings, LLC | Kainos Partners Las Vegas, LLC Operating Series-#2 | 7400 Las Vegas Blvd. S.Las Vegas, NV 89183 | Las Vegas | 345612 | 9/26/2007 | 5 Years | |
| Construction Group, Inc | Kainos Craig & Jones, LLC | 5861 W. Craig Rd. Las Vegas, NV 89130 | Las Vegas | 345643 | 7/1/2007 | 5 Years | |
| SAM-WILL, Inc. | Kainos Partners Las Vegas LLC | 200 E Freemont St. Las Vegas, NV 89101 | Las Vegas | 345877 | 8/1/2007 | 5 Years | |
| Rainbow Post, LLC | Kainos Partners Las Vegas, LLC Operating Series #10 | 6295 S. Rainbow Blvd. Las Vegas, NV, 89118 | Las Vegas | 345928 | 10/1/2007 | 10 Years | |
| CK Happy Trails, LLC | Kainos Partners Las Vegas LLC Operating Series #3 | 6795 Tropicana Ave. Las Vegas, NV 89103 | Las Vegas | 345933 | 8/27/2007 | 10 Years | |
| The Howard Hughes Corporation | Kainos Partners Las Vegas, LLC Operating Series-#15 | 11710 W. Charleston Blvd. Las Vegas, NV 89135 | Las Vegas | 346571 | 3/21/2008 | 10 years | 6/26/2009 |
| Krissy's Bright Idea, LLC | Kainos Partners Las Vegas, LLC Operating Series-#24 | 7430 Las Vegas Blvd. Las Vegas, NV 89123 | Las Vegas | 347434 | 4/4/2008 | 10 Years | |
| MC Smith, LLC | Kainos Partners Las Vegas, LLC Operating Series-#5 | 7155 Grand Montecito Pkwy. Las Vegas, NV 89149 | Las Vegas | 345952 | 9/19/2007 | 5 Years | |

## SCHEDULE 2.1(b)
## ACQUIRED OWNED PROPERTIES

| Location | Title Holder | Territory | PC # |
|---|---|---|---|
| 3929 Vineyard Dr. Dunkirk, NY 14048 | Kainos Vineyard Drive, LLC | Buffalo | 344967 |

**[SEE ATTACHED]**

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | Dated | Term | Description |
|---|---|---|---|---|---|---|
| | | | | | | |

None.

None.

SCHEDULE 2.1(e)
ACQUIRED INTELLECTUAL PROPERTY

None.

SCHEDULE 2.1(f)
ACQUIRED PERMITS

All business licenses to operate the stores located at the Acquired Leased Properties and Acquired Owned Properties.

SCHEDULE 2.1(g)
ASSUMED CONTRACTS

**[SEE ATTACHED]**

SCHEDULE 2.1(g)

ASSUMED CONTRACTS

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | PC # | Dated | Term | Description |
|---|---|---|---|---|---|---|---|
| Baked in the Sun 215 Bingham Dr. San Marcos, CA | | | Las Vegas | n/a | | | Purchaser Agreement – supplies donuts to debtors in Las Vegas |
| Dunkin' Donuts LLC | Kainos Crosspoints, LLC | 55 Cross Point Pkwy. Amherst, NY 14068 | Buffalo | 343113 | 5/24/2006 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts LLC | Kainos Main-Bailey LLC | 3640 Main St. Amherst, NY 14226 | Buffalo | 343124 | 5/24/2006 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC | Kainos Union Road, LLC | 1145 Union Rd. West Seneca, NY 14225 | Buffalo | 343694 | 12/8/2006 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Union Road Cheektowaga, LLC | 3501 Union Rd. Cheektowaga, NY 14225 | Buffalo | 343281 | 2/15/2007 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Main-Chippewa, LLC | 598 Main St. Buffalo, NY 14202 | Buffalo | 344740 | 6/26/2007 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Eggert Road, LLC | 2155 Eggert Rd. Amherst, NY 14226 | Buffalo | 343277 | 9/14/2007 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Delaware-Hertel, LLC | 2340 Delaware Ave. Buffalo, NY 14216 | Buffalo | 344071 | 10/21/2006 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Walden-Transit LLC | 5760 Transit Rd. Depew, NY 14043 | Buffalo | 341241 | 3/27/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Camp-Southwestern, LLC | 5073 Camp Rd. Hamburg, NY 14075 | Buffalo | 345717 | 7/10/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Main Street Jamestown, LLC | 2930 N Main Street Ext. Jamestown, NY 14701 | Buffalo | 346342 | 7/10/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Vineyard Drive, LLC | 3929 Vineyard Dr. Dunkirk, NY 14048 | Buffalo | 344967 | 10/17/2007 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Silverado & Bermuda, LLC | 409 E. Silverado Ranch Blvd. Las Vegas, NV 89123 | Las Vegas | 345422 | 10/3/2007 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#2 | 7400 Las Vegas Blvd. S.Las Vegas, NV 89183 | Las Vegas | 345612 | 12/14/2007 | 10 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Craig & Jones, LLC | 5861 W. Craig Rd. Las Vegas, NV 89130 | Las Vegas | 345643 | 2/11/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#3 | 200 E Freemont St. Las Vegas, NV 89101 | Las Vegas | 345877 | 2/22/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series #10 | 6295 S. Rainbow Blvd. Las Vegas, NV, 89118 | Las Vegas | 345928 | 2/20/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#1 | 6795 Tropicana Ave. Las Vegas, NV 89103 | Las Vegas | 345933 | 3/9/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#15 | 11710 W. Charleston Blvd. Las Vegas, NV 89135 | Las Vegas | 346571 | 8/8/2008 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#24 | 7430 Las Vegas Blvd. Las Vegas, NV 89123 | Las Vegas | 347434 | 9/28/2008 | 20 years from opening | Franchise Agreement |

- 1 -

SCHEDULE 2.1(g)
ASSUMED CONTRACTS

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | PC # | Dated | Term | Description |
|---|---|---|---|---|---|---|---|
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#5 | 7155 Grand Montecito Pkwy. Las Vegas, NV 89149 | Las Vegas | 345962 | 2/27/2006 | 20 years from opening | Franchise Agreement |
| Dunkin' Donuts Inc. and Baskin-Robbins USA, Co. | Kainos Partners, LLC | 8 McGann Drive, Suite 1100 Rockville Centre, NY 11570 | Buffalo | 342385 | 5/10/2005, as amended 5/14/2007 | 7 years | Store Development Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners, LLC | 2560 Walden Ave., Suite 112 Cheektowage, NY 14225 | Buffalo | 345219 | 3/28/2007 | 4 years | Store Development Agreement |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC | 8 McGann Drive, Suite 1100 Rockville Centre, NY 11570 | Las Vegas | 345250 | 3/29/2007, as amended 5/14/2007 | 6 years | Store Development Agreement |

Included with Buffalo Sale:

- 2008 Dodge Sprinter, Vin #WDOPE845885332371

None.

The execution and delivery of the Agreement or the consummation of the transactions contemplated in the Agreement may conflict with or violate Certain Assumed Contracts, Assumed Real Property Leases or Assumed Equipment Leases assumed pursuant to the Agreement. Buyer and Seller have used reasonable efforts to identify such potential conflicts or violations, and Seller undertakes no obligation to cure such conflicts subsequent to the execution of the Agreement.

## SCHEDULE 4.4
### REQUIRED THIRD PARTY APPROVALS

Landlord consent may be required, and may be subject to conditions for certain leases assumed pursuant to the Agreement. Buyer and Seller have used reasonable effort to identify such requirements and conditions, and Seller undertakes no obligation to cause to be satisfied such requirements or conditions that may be discovered by Buyer subsequent to the execution of the Agreement.

The title to the Purchased Assets will be such title as is conveyed by the Approval Order

## SCHEDULE 4.10
### PENDING OR THREATENED PROCEEDINGS AND CASES

Seller has been named as defendant in many litigations. To the best of Seller's knowledge, no such litigation will materially impair the conveyance of title to the Purchased Assets as contemplated by the Asset Purchase Agreement.

See Schedule 2.1(b)

Certain Real Property Leases assumed pursuant to the Agreement may contain restrictions with respect to right to access Acquired Owned Properties and/or Acquired Lease Properties. Buyer and Seller have used reasonable effort to identify such restrictions, and Seller undertakes no obligation to cure such restrictions subsequent to the execution of the Agreement.

SCHEDULE 4.12(A)
MATERIAL CONTRACTS

See Schedule A to Exhibit C.

None that will not be cured upon entry of the Approval Order.

None that will not be cured upon entry of the Approval Order.

None.

None.