# EXHIBIT C

**Assumed Liens**

| PC# | Address | City | ST | Claimant/Creditor | Date Entered | Case or Court # | Lien Amount |
|---|---|---|---|---|---|---|---|
| 346571 | 11710 W. Charleston Blvd. | Las Vegas | NV | Tile Masters Inc./KWM Construction | 1/2/09 | 20090102-0000306 | $6,500.00 |
| 347434 | 7430 Las Vegas Blvd S. | Las Vegas | NV | Garrett Master Probuild | | | $1,090.92 |
| 345717 | 5073 Camp Road | Hamburg | NY | Kulback's Construction, Inc./Lutz Brothers, Inc. | 2/12/09 | | $64,902.00 |
| 345717 | 5073 Camp Road | Hamburg | NY | Lutz Brothers, Inc. | 5/27/09 | Notice of Mechanic Lien | see above |
| 346342 | 2930 North Main St. | Jamestown | NY | Kulback's Construction, Inc./Lutz Brothers, Inc. | 2/18/09 | | $15,961.00 |
| | | | | | | Total: | $88,453.92 |

# EXHIBIT D

**Closing Date Assigned Contracts and Leases**

## Leases

| Lessor | Lessee | Location | Territory | PC # | Lease Signing Date | Term Length | Amendments | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| The Uniland Partnership of Delaware L.P. | Kainos Crosspoints, LLC | 55 Cross Point Pkwy. Amherst, NY 14068 | Buffalo | 343113 | 11/30/2005 | 10 Years | | $0.00 |
| Amherst Bailey Associates, LLC | Kainos Partners LLC | 3640 Main St. Amherst, NY 14226 | Buffalo | 343124 | 9/19/2005 | 20 Years | | $0.00 |
| 3501 Union Realty | Kainos Partners LLC | 1145 Union Rd. West Seneca, NY 14225 | Buffalo | 343694 | 7/15/2006 | 10 Years | | $0.00 |
| 3501 Union Realty | Kainos Union Road Cheektowaga, LLC | 3501 Union Rd. Cheektowaga, NY 14225 | Buffalo | 343281 | 8/9/2006 | 20 Years | | $0.00 |
| 598 Main Street, LLC | Kainos Main-Chippewa, LLC | 598 Main St. Buffalo, NY 14202 | Buffalo | 344740 | 3/8/2007 | 5 Years and 1 Month | | $0.00 |
| Kavcon Development LLC | Kainos Eggert Road, LLC | 2155 Eggert Rd. Amherst, NY 14226 | Buffalo | 343277 | 12/19/2006 | 20 Years | 12/19/2006 | $0.00 |
| ACG Delaware-Hertel Associates LP | Kainos Delaware-Hertel, LLC | 2340 Delaware Ave. Buffalo, NY 14216 | Buffalo | 344071 | | | | $0.00 |
| 5752 Transit Road, LLC | Kainos Walden-Transit LLC | 5760 Transit Rd. Depew, NY 14043 | Buffalo | 341241 | 4/30/2007 | 20 Years | | $0.00 |
| 5073 Camp LLC | Kainos Camp-Southwestern, LLC | 5073 Camp Rd. Hamburg, NY 14075 | Buffalo | 345717 | 12/21/2007 | 5 Years | | $0.00 |
| United Refining Company of PA | Kainos Main Street Jamestown, LLC | 2930 N Main Street Ext. Jamestown, NY 14701 | Buffalo | 346342 | 2/21/2008 | 5 Years | | $0.00 |
| Pioneer Development Group, LLC | Kainos Partners LLC | 409 E. Silverado Ranch Blvd. Las Vegas, NV 89123 | Las Vegas | 345422 | 4/19/2007 | 11 Years | | $0.00 |
| Chelsea Las Vegas Holdings, LLC | Kainos Partners Las Vegas, LLC Operating Series #2 | 7400 Las Vegas Blvd. S.Las Vegas, NV 89183 | Las Vegas | 345612 | 9/26/2007 | 5 Years | | $0.00 |
| Construction Group, Inc | Kainos Craig & Jones, LLC | 5861 W. Craig Rd. Las Vegas, NV 89130 | Las Vegas | 345643 | 7/1/2007 | 5 Years | | $0.00 |
| SAM-WILL, Inc. | Kainos Partners Las Vegas LLC | 200 E Freemont St. Las Vegas, NV 89101 | Las Vegas | 345877 | 8/1/2007 | 5 Years | | $0.00 |
| Rainbow Post, LLC | Kainos Partners Las Vegas, LLC Operating Series #10 | 6295 S. Rainbow Blvd. Las Vegas, NV, 89118 | Las Vegas | 345928 | 10/1/2007 | 10 Years | | $0.00 |
| CK Happy Trails, LLC | Kainos Partners Las Vegas LLC Operating Series #3 | 6795 Tropicana Ave. Las Vegas, NV 89103 | Las Vegas | 345933 | 8/27/2007 | 10 Years | | $0.00 |
| The Howard Hughes Corporation | Kainos Partners Las Vegas, LLC Operating Series #15 | 11710 W. Charleston Blvd. Las Vegas, NV 89135 | Las Vegas | 346571 | 3/21/2008 | 10 years | 6/26/2009 | $0.00 |
| Krissy's Bright Idea, LLC | Kainos Partners Las Vegas, LLC Operating Series #24 | 7430 Las Vegas Blvd. Las Vegas, NV 89123 | Las Vegas | 347434 | 4/4/2008 | 10 Years | | $0.00 |
| MC Smith, LLC | Kainos Partners Las Vegas, LLC Operating Series #5 | 7155 Grand Montecito Pkwy. Las Vegas, NV 89149 | Las Vegas | 345952 | 9/19/2007 | 5 Years | | $0.00 |

## Contracts

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | PC # | Dated | Term | Description | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| Baked in the Sun 215 Bingham Dr. San Marcos, CA | | | Las Vegas | n/a | | | Purchaser Agreement – supplies donuts to debtors in Las Vegas | $0.00 |
| Dunkin' Donuts LLC | Kainos Crosspoints, LLC | 55 Cross Point Pkwy. Amherst, NY 14068 | Buffalo | 343113 | 5/24/2006 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts LLC | Kainos Main-Bailey LLC | 3640 Main St. Amherst, NY 14226 | Buffalo | 343124 | 5/24/2006 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC | Kainos Union Road, LLC | 1145 Union Rd. West Seneca, NY 14225 | Buffalo | 343694 | 12/8/2006 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Union Road Cheektowaga, LLC | 3501 Union Rd. Cheektowaga, NY 14225 | Buffalo | 343281 | 2/15/2007 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Main-Chippewa, LLC | 598 Main St. Buffalo, NY 14202 | Buffalo | 344740 | 6/26/2007 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Eggert Road, LLC | 2155 Eggert Rd. Amherst, NY 14226 | Buffalo | 343277 | 9/14/2007 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Delaware-Hertel, LLC | 2340 Delaware Ave. Buffalo, NY 14216 | Buffalo | 344071 | 10/21/2006 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Walden-Transit LLC | 5760 Transit Rd. Depew, NY 14043 | Buffalo | 341241 | 3/27/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Camp-Southwestern, LLC | 5073 Camp Rd. Hamburg, NY 14075 | Buffalo | 345717 | 7/10/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Main Street Jamestown, LLC | 2930 N Main Street Ext Jamestown, NY 14701 | Buffalo | 346342 | 7/10/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Vineyard Drive, LLC | 3929 Vineyard Dr. Dunkirk, NY 14048 | Buffalo | 344967 | 10/17/2007 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Silverado & Bermuda, LLC | 409 E. Silverado Ranch Blvd. Las Vegas, NV 89123 | Las Vegas | 345422 | 10/3/2007 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series #2 | 7400 Las Vegas Blvd. S.Las Vegas, NV 89183 | Las Vegas | 345612 | 12/14/2007 | 10 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Craig & Jones, LLC | 5861 W. Craig Rd. Las Vegas, NV 89130 | Las Vegas | 345643 | 2/11/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series #3 | 200 E Freemont St. Las Vegas, NV 89101 | Las Vegas | 345877 | 2/22/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series #10 | 6295 S. Rainbow Blvd. Las Vegas, NV, 89118 | Las Vegas | 345928 | 2/20/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series #1 | 6795 Tropicana Ave. Las Vegas, NV 89103 | Las Vegas | 345933 | 3/9/2008 | 20 years from opening | Franchise Agreement | N/A* |

| Non-Debtor Counterparty | Debtor Counterparty | Debtor Counterparty Location | Territory | PC # | Dated | Term | Description | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#15 | 11710 W. Charleston Blvd. Las Vegas, NV 89135 | Las Vegas | 346571 | 8/8/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#24 | 7430 Las Vegas Blvd. Las Vegas, NV 89123 | Las Vegas | 347434 | 9/28/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC Operating Series-#5 | 7155 Grand Montecito Pkwy. Las Vegas, NV 89149 | Las Vegas | 345952 | 2/27/2008 | 20 years from opening | Franchise Agreement | N/A* |
| Dunkin' Donuts Inc. and Baskin-Robbins USA, Co. | Kainos Partners, LLC | 8 McGann Drive, Suite 1100 Rockville Centre, NY 11570 | Buffalo | 342385 | 5/10/2005, as amended 5/14/2007 | 7 years | Store Development Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners, LLC | 2560 Walden Ave., Suite 112 Cheektowaga, NY 14225 | Buffalo | 345219 | 3/28/2007 | 4 years | Store Development Agreement | N/A* |
| Dunkin' Donuts Franchising, LLC | Kainos Partners Las Vegas, LLC | 8 McGann Drive, Suite 1100 Rockville Centre, NY 11570 | Las Vegas | 345250 | 3/29/2007, as amended 5/14/2007 | 6 years | Store Development Agreement | N/A* |
| | | | | | | | Unit # 530763 2007 16' GMC W4500 Reefer (Vehicle) | $0.00 |

* Dunkin' Donuts LLC, Dunkin' Donuts Franchising, LLC, Dunkin' Donuts Inc., or their successors or assigns, as the case may be, waive any cure amounts with respect to the Franchise Agreements and Store Development Agreements being assumed and assigned to DBI Stores LLC.